[No. 5778. Decided February 27, 1906.]

W. P. SANDERSON, *Appellant*, v. THE CITY OF BALLARD, *Respondent*.[1]

Appeal from a judgment of the superior court for King county, Griffin, J., entered February 24, 1905, upon the verdict of a jury rendered in favor of the defendant, in an action to annul a special assessment. Reversed.

*Sweeney & Steiner*, for appellant.
*M H. Ingersoll*, for respondent.

PER CURIAM.—Appellant commenced an action to restrain respondent from collecting a tax levied upon his property under the special assessment proceeding involved in the case of *Monk v. Ballard, ante* p. 35, 84 Pac. 397. While the suit was pending appellant, in order to remove the apparent cloud upon the title to his property, paid into the treasury of the city, under protest, the amount of the tax levied against him, and the action was thereupon transferred to the law department of the court, where judgment went in favor of the city. Much, if not all, of appellant's property was situated similarly to the tide lands of the appellants in the case just referred to, and the attempted assessment herein was made by the same proceedings referred to in that case.

The judgment of the honorable superior court is reversed, with instructions to enter judgment for appellant, as prayed for in his complaint.

---

[No. 6035. Decided February 27, 1906.]

JAMES McCURDY, *Appellant*, v. THE CITY OF BALLARD, *Respondent*.[1]

Appeal from a judgment of the superior court for King county, Frater, J., entered May 6, 1905  Reversed.

*Shank & Smith*, for appellant.
*M. H. Ingersoll*, for respondent.

PER CURIAM.—It was stipulated by the parties to the above entitled action that it should be disposed of in accordance with the decision that should be rendered in the case of *Monk v. Ballard, ante* p. 35, 84 Pac. 397. Hence, the judgment of the honorable superior court will be reversed, with instructions to enter judgment for appellant

[1]Reported in 84 Pac 399